UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14063-CIV-MARRA

PATRICIA KENNEDY, individually,

    Plaintiff,

vs.

GURU KRUPA INVESTMENT LLC,
a Florida limited liability company,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Case Dismissal With Prejudice [DE 9].

**THE COURT** has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Any pending motions are denied as moot. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of June, 2016.

                                              KENNETH A. MARRA
                                              United States District Judge